IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEE BOWERS, et al. | : | |
| | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 06-CV-3229 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

**ORDER**

AND NOW, this 12th day of June, 2007, after a telephone conference with counsel, it is ORDERED as follows:

1. Plaintiffs' Counsel may conduct inspection tours of the intake and quarantine units of the Curran Fromhold Correctional Facility and the Riverside Women's Facility of the Philadelphia Prison System on June 13, 2007.

2. The following individuals on behalf of Plaintiffs may be present on this tour:

    a. David Rudovsky
    b. David Richman
    c. Jonathan Feinberg
    d. Su Ming Yeh
    e. Lisa Velasquez
    f. Amanda Marzullo

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, J.