IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEE BOWERS, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 06-3229 |
| CITY OF PHILADELPHIA, et al. | : | |

**ORDER**

AND NOW, this 18th day of December, 2008, it having been reported that the parties have settled the claims of Plaintiff Lee Bowers, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is ORDERED that the above-captioned action is DISMISSED with prejudice and without costs, pursuant to agreement of counsel.

IT IS SO ORDERED.

BY THE COURT:


/s/ *R. Barclay Surrick*
U.S. District Judge